UNPUBLISHED

COURT OF APPEALS OF VIRGINIA


Present:   Judges Humphreys, McCullough and Senior Judge Bumgardner


STEVEN WAYNE SMITH

                                                               MEMORANDUM OPINION[*]
v.      Record No. 1532-12-3                                        PER CURIAM
                                                               DECEMBER 26, 2012
CROWN CONSTRUCTION
  MANAGEMENT SERVICES, INC. AND
  ERIE INSURANCE EXCHANGE


          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (James A. L. Daniel; Daniel, Medley & Kirby, P.C., on briefs), for
              appellant.

              (Richard D. Lucas; Lucas & Kite, PLC, on brief), for appellees.


       Steven Wayne Smith appeals a decision of the Workers' Compensation Commission (the

commission) awarding him benefits.  On appeal, Smith contends the commission erred in

finding:  (1) he suffered a new injury to his cervical spine in May 2009; (2) his current neck

symptoms were not caused by the December 29, 2007 accident; and (3) the deputy

commissioner's award of medical benefits for any injuries to his head was improper.  Crown

Construction Management Services, Inc., and Erie Insurance Exchange argue the commission

erred in awarding Smith indemnity benefits during the period of October 27, 2009 through June

30, 2011.  We have reviewed the record and the commission's opinion and find that this appeal

is without merit.  Accordingly, we affirm for the reasons stated by the commission in its final

opinion.  See Smith v. Crown Constr. Mgmt. Servs., Inc., JCN 237-00-77 (Aug. 10, 2012).  We

dispense with oral argument and summarily affirm because the facts and legal contentions are

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.